MORRIS F. GOLDSTEIN, Respondent, v. CHARLES C. WRIGHT and Others, etc., Defendants, Impleaded with CITY BANK FARMERS TRUST COMPANY, as Executor, etc., of GEORGE S. SIMPSON, Deceased, Appellant.— Order, so far as appealed from, unanimously reversed, without costs, and items 2 and 3 of the demand for a bill of particulars allowed as modified herein: 2. An itemized statement of the services rendered by plaintiff to the copartnership of Wright & Sexton as alleged in paragraph " seventh " of the complaint. 3. An itemized statement of services rendered by plaintiff to said George S. Simpson individually in contradistinction

to services rendered to the copartnership. Verified bill of particulars to be served within fifteen days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.